Island Life Chiropractic Pain Care, PLLC v American Ind. Ins. Co. (2022 NY Slip Op
50903(U))

[*1]

Island Life Chiropractic Pain Care, PLLC v American Ind. Ins.
Co.

2022 NY Slip Op 50903(U) [76 Misc 3d 131(A)]

Decided on August 19, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on August 19, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT, DONNA-MARIE E.
GOLIA, JJ

2020-533 K C

Island Life Chiropractic Pain Care, PLLC,
as Assignee of Senat, Benita, Respondent,
against
American Independent Ins. Co., Omni Indemnity Company, American
Independent Insurance Companies, Inc. and Good2Go Auto Insurance, Appellants.

Freiberg, Peck & Kang, LLP (Yilo J. Kang of counsel), for appellant.
The Rybak Firm, PLLC (Damin J. Toell, Esq.), for respondent (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Kings County (Consuelo
Mallafre Melendez, J.), entered October 31, 2019. The order, insofar as appealed from, denied
the branches of defendants' joint motion seeking to dismiss so much of the complaint as was
asserted against American Independent Ins. Co., American Independent Insurance Companies,
Inc., and Good2Go Auto Insurance, respectively.

ORDERED that so much of the appeal as is by Omni Indemnity Company is dismissed, as
Omni Indemnity Company is not aggrieved by the order, insofar as appealed from (see
CPLR 5511; Rinaldi v Evenflo Co.,
Inc., 62 AD3d 856 [2009]); and it is further,
ORDERED that the order, insofar as appealed from, is modified by providing that the
branches of the motion seeking to dismiss so much of the complaint as was asserted against
American Independent Ins. Co. and American Independent Insurance Companies, Inc.,
respectively, are granted; as so modified, the order, insofar as appealed from, is affirmed, without
costs.
In this action by a provider to recover assigned first-party no-fault benefits, defendants
appeal from so much of an order as denied the branches of defendants' joint motion seeking to
dismiss so much of the complaint as was asserted against defendants American Independent Ins.
[*2]Co., American Independent Insurance Companies, Inc., and
Good2Go Auto Insurance, respectively.
For the reasons stated in Island Life Chiropractic Pain Care, PLLC, as Assignee of
Vernizier, Jean Willy v American Ind. Ins. Co. (— Misc 3d —, 2022 NY Slip
Op — [appeal No. 2020-251 K C], decided herewith), the order, insofar as appealed from,
is modified by providing that the branches of the motion seeking to dismiss so much of the
complaint as was asserted against American Independent Ins. Co. and American Independent
Insurance Companies, Inc., respectively, are granted.
ALIOTTA, P.J., TOUSSAINT and GOLIA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 19, 2022